IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STEVEN E. EDWARDS,              )
                                )
            Petitioner,          )
                                )
      v.                         )      1:14CV43
                                )
J. ANDREWS,                      )
                                )
            Respondent.          )

## **ORDER**

On May 20, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed a timely Objection to the Recommendation. (Doc. 6.)

The court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's Recommendation. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action be filed and DISMISSED *sua sponte* without prejudice to Plaintiff filing a successive § 2255 Motion if he receives permission from the United States Court of Appeals for the Fourth Circuit.

                                                    /s/   Thomas D. Schroeder
                                         United States District Judge

June 24, 2014